THE HONORABLE ROBERT S. LASNIK
TRIAL DATE: 9/14/2020

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRESSA GRUMMER,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS and ROBERT CARSRUD,

    Defendants.

NO. 2:19-cv-00532-RSL

STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURES AND DISCOVERY DEADLINES

  Plaintiff Tressa Grummer and Defendants Washington State Department of Corrections and Robert Carsrud hereby submit this Joint Stipulated Motion to Extend Deadlines for Expert Witness Disclosures and for completing Discovery.

  On June 7, 2019, this Court entered a Case Scheduling Order in this case. Under the Order, the Court set the deadline for a motion for expert witness disclosures as March 18, 2020, and the discovery cutoff for May 17, 2020. ECF No. 10 at 1.

  For disclosure of experts and service of written reports, the parties stipulate that there is

STIPULATED MOTION TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 1
Case No. 2:19-cv-00532-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

good cause for the Court to extend the deadline for expert witness disclosure from the current date of March 18, 2020 to April 17, 2020, or 145 days before the date set for trial. Plaintiff's counsel, Sean M. Phelan, is an attorney of record in *Brzycki v. Harborview Medical Center and University of WA*, 2:18-cv-01582-MJP. This case is set for trial on April 6, 2020, necessitating attention to trial preparation by Ms. Phelan that would otherwise be directed to this case. Similarly, Defendant's counsel, Scott A. Marlow, is an attorney of record in *Rispoli v. Department of Children Youth and Family*, 19-2-09467-2 SEA. This case is also set for trial on April 6, 2020, necessitating attention to trial preparation by Mr. Marlow.

Due to the above and due to the impact those extensions might have on on-going discovery, good cause also exists for the extension of the discovery deadline in this case. According to the case schedule, Dkt 10 at 1, the current deadline for completion of discovery is May 17, 2020. The parties propose that this deadline be extended 30 days to June 15, 2020.

The parties stipulate to a rebuttal expert deadline of 30 days after the other party's disclosure. *See* Fed. R. Civ. P. 26(a)(2)(D)(ii). Thus, the proposed stipulated deadlines are as follows:

- Deadline for reports from expert witnesses under FRCP 26(a)(2) due:  April 17, 2020
- Deadline for reports from rebuttal experts under FRCP 26(a)(2) due:  May 18, 2020
- Deadline for discovery cutoff: June 15, 2020

The parties do not anticipate nor intend for these extensions to affect the remaining dates set forth in the Court's case schedule.

For the foregoing reasons, the Court should grant the parties' Stipulated Motion and extend the deadlines as outlined above.

STIPULATED MOTION TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 2
Case No. 2:19-cv-00532-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

1  RESPECTFULLY SUBMITTED this 6th day of March, 2020.

2  FRANK FREED SUBIT & THOMAS LLP            STATE OF WASHINGTON

3  By: /s/ Sean M. Phelan                    By:  /s/ Scott A. Marlow
   Sean M. Phelan, WSBA# 27866                  Scott A. Marlow, WSBA#25987
   705 Second Avenue, Suite 1200                Scott M. Barbara, WSBA#20885
4  Seattle, Washington 98104-1798               Assistant Attorneys General
   Telephone: (206) 682-6711                    800 Fifth Avenue, Suite 2000
5  Email: mcote@frankfreed.com                  Seattle, WA 98104
                                                scott.marlow@atg.wa.gov
                                                scott.barbara@atg.wa.gov
6
   Attorneys for Plaintiff                   Attorneys for Defendants
7

8  IT IS SO ORDERED:

9  DATED: March 9, 2020.

10

11

12  _____
    HONORABLE ROBERT S. LASNIK
    United States District Court Judge

13

STIPULATED MOTION TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 3
Case No. 2:19-cv-00532-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711