|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TRESSA GRUMMER, | NO. C19-532RSL |
|---|---|
| Plaintiff, | STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS and ROBERT CARSRUD, | |
| Defendants. | |

BY STIPULATION AND AGREEMENT, the Plaintiffs and the Defendants, by and through their respective counsel of record, request the Court grant the following relief:

1. Extend the discovery completion date from May 15, 2022, the date established by the Court's Minute Order Setting Trial Dates and Related Dates (Minute Order 09/08/2021, Dkt. #23), to May 31, 2022, solely as to the depositions identified below.

2. The requested extension will allow the parties to complete depositions that were properly noted prior to the discovery completion date but which have not yet been able to be completed as a result of scheduling issues, including and limited to: the deposition of plaintiff Tressa Grummer, which had to be continued due to Dr. Grummer being out of the country.

---

NO. C19-532RSL

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

3. The parties do not believe the requested extension will interfere with any of the other dates established by the Court's Minute Order of September 08, 2021 and do not seek to enlarge any other deadlines with this Stipulation.

SIGNED AND STIPULATED TO THIS 10th day of May 2022.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | FRANK FREED SUBIT & THOMAS LLP |
| s/ *Scott A. Marlow*<br>SCOTT A. MARLOW, WSBA #25987<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorney General<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Scott.Marlow@atg.wa.gov<br>Scott.Barbara@atg.wa.gov<br>Attorneys for State Defendants | s/ *Sean M. Phelan*<br>SEAN M. PHELAN, WSBA #27866<br>MICHAEL C. SUBIT, WSBA #29189<br>705 Second Avenue, Suite 1200<br>Seattle, WA 98104<br>sphelan@frankfreed.com<br>Attorney for Plaintiff |

**ORDER** IT IS SO ORDERED.

DATED THIS 11th day of May, 2022.

*[signature]*

ROBERT S. LASNIK

United States District Judge

NO. C19-532RSL                                    2

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352