# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRESSA GRUMMER,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and ROBERT CARSRUD,<br><br>  Defendants. | Case No. 2:19-cv-00532-RSL<br><br>**STIPULATED MOTION AND ORDER TO ALLOW WITNESS ALEXIS BECKLEY TO APPEAR REMOTELY AT TRIAL** |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants, by and through their respective counsel of record, request the Court grant the following relief:

Allow for the remote appearance of Alexis Beckley at trial to appear as a witness on Plaintiff's behalf on Friday, September 16, 2022, after 10:00 a.m. Ms. Bleckley will need to appear at trial remotely because she resides in California and is unable to travel to Seattle before the trial's conclusion. The parties believe Ms. Beckley's remote attendance is the most efficient manner to present her testimony to the jury.

//

//

//

STIPULATED MOTION AND ORDER
TO ALLOW REMOTE APPEARANCE - 1
Case No. 2:19-cv-00532-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

SIGNED AND STIPULATED TO THIS 30th day of August 2022.

| **ROBERT W. FERGUSON** | **FRANK FREED SUBIT & THOMAS LLP** |
|---|---|
| Attorney General | |
| | |
| s/ *Scott A. Marlow* | s/ *Michael C. Subit* |
| Scott A. Marlow, WSBA #25987 | Sean M. Phelan, WSBA #27866 |
| Scott M. Barbara, WSBA #20885 | Michael C. Subit, WSBA #29189 |
| Assistant Attorneys General | Jack N. Miller, WSBA #57007 |
| 800 Fifth Avenue, Suite 2000 | 705 Second Avenue, Suite 1200 |
| Seattle, WA 98104 | Seattle, WA 98104-1798 |
| Telephone: 206-464-7744 | Telephone: (206) 682-6711 |
| Facsimile: 206-587-4229 | Facsimile: (206) 682-0401 |
| E-mail: scott.marlow@atg.wa.gov | E-mail: sphelan@frankfreed.com |
| scott.barbara@atg.wa.gov | msubit@frankfreed.com |
| | jmiller@frankfreed.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated this 6th day of September, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
TO ALLOW REMOTE APPEARANCE - 2
Case No. 2:19-cv-00532-RSL

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711