UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRESSA GRUMMER,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>  Defendants. | Cause No. C19-0532RSL<br><br>ORDER FOR ADDITIONAL BRIEFING |

This matter comes before the Court on the "Joint Motion for Pre-Trial Ruling Regarding Admissibility of Investigations at Trial." Dkt. # 53. The parties shall, on or before noon on Tuesday, January 3, 2023, submit memoranda of no more than 5 pages in length regarding the extent to which the competing investigations and resulting determinations should be admitted at trial. Because the relevance of the information has already been established, the parties should focus on other evidentiary concerns. The Court will hear oral argument on this issue on January 5, 2023, at 1:30 p.m.

Dated this 28th day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR ADDITIONAL BRIEFING - 1