# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRESSA GRUMMER,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and ROBERT CARSRUD,<br><br>    Defendants. | NO.  2:19-cv-00532-RSL<br><br>STIPULATED MOTION AND ORDER DISMISSING WITH PREJUDICE |

BY STIPULATION AND AGREEMENT, the Plaintiff and the Defendants, by and through their respective counsel of record, in order to effect resolution of the matter in accordance with RCW 4.92.160, request the Court dismiss this matter with prejudice and without attorney's fees and costs to either party, as the parties have reached a mutually agreeable resolution.

/./././

/./././

/./././

DATED this 18th day of January, 2023.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | FRANK FREED SUBIT & THOMAS LLP |
| s/ Scott A. Marlow | s/ Sean M. Phelan |
| SCOTT A. MARLOW, WSBA # 25987<br>SCOTT M. BARBARA, WSBA #20885<br>Assistant Attorneys General<br>Attorney General's Office – Torts Division<br>800 Fifth Avenue, Ste. 2000, Seattle, WA 98104<br>Phone: (206) 464-7744<br>Scott.Marlow@atg.wa.gov<br>Scott.Barbara@atg.wa.gov<br>Attorneys for State Defendants | MICHAEL C. SUBIT, WSBA #29189<br>SEAN M. PHELAN, WSBA #27866<br>705 Second Avenue, Suite 1200<br>Suite 1200 Hoge Building<br>Seattle, WA 98104<br>Telephone: (206) 682-6711<br>sphelan@frankfreed.com<br>msubit@frankfreed.com<br>Attorneys for Plaintiff Tressa Grummer |

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of January, 2023.

*[signature]*

Robert S. Lasnik
United States District Judge